

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00258-CV

STATE OF TEXAS,

                                                    Appellant

 v.

FLG OWNER, LLC,

                                                    Appellee

From the 77th District Court
Freestone County, Texas
Trial Court No. CV23218

## MEMORANDUM OPINION

The State of Texas appealed the trial court's Order Partially Denying Plaintiff's

Application for Temporary Injunction.   The State now moves to dismiss the appeal.

The State's motion to dismiss is granted, and the appeal is dismissed.  *See* TEX. R.

APP. P. 42.1.   The State is exempt from costs.

                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Motion granted; appeal dismissed
Opinion delivered and filed December 14, 2023
[CV06]

